IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal Action No. 21-53-LPS |
| vs. | : |
| JAMES CROSSAN | : |

## ORDER

**AND NOW**, this 4th day of November, 2021, upon consideration of Defendant James Crossan's Unopposed Motion for Disposition of Property, **IT HEREBY ORDERED** that said motion is **GRANTED**. Defendant's non-forfeitable firearms shall be transferred to X-Ring Supply, LLC, a federally licensed firearms dealer in Newark, Delaware, for sale at market value on behalf of Defendant. These firearms are as follows:

1. Springfield Armory handgun – serial # US699680
2. 1911 handgun – serial # AOA39983
3. Makarov handgun – serial # A002058
4. PW Arms Redmond revolver – serial # 17400
5. Mod E-15 revolver – serial # 19706
6. Haskell MFG handgun – serial # 003565
7. M57 handgun – serial # J-238295
8. CZ75BD handgun = serial #C926232
9. US 1847 revolver – serial # D55351
10. .38 special revolver – serial # 1740429
11. Harper's Ferry 1807 pistol – serial # PD41155
12. Ruger 10/22 – serial # 0013-58098
13. Century International Arms long gun – serial # M70AB24682
14. Bushmaster Firearms long gun – serial # BFH023905
15. Mossberg 12-gauge shotgun – serial # V0677443
16. Henry Repeating Arms long gun – serial # 4570SSR00971
17. PTR Industries long gun – serial # G18059
18. Anderson Manufacturing AM-15 rifle – serial # 17005910

19. Parker Hale Ltd. rifle – serial # 3907
20. Howa 1500 Hogue rifle – serial # B565784
21. 7.62 1943 rifle – serial # AN7466
22. SOS Imports 12 GA rifle – serial # LH009253
23. Rifle – serial # 47041
24. Bolt action rifle – serial # 30900
25. Denali pistol – serial # K0691

Defendant shall not possess or exercise any control over these firearms at any point.

_____
The Honorable Leonard P. Stark
United States District Court Judge