IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 1:21-53-LPS |
| | ) | |
| JAMES CROSSAN, | ) | |
| | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

NOW COMES the United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, and Carly A. Hudson, Assistant United States Attorney, and hereby submits the following:

1. Sentencing in the above-captioned case has been scheduled for December 21, 2021. (D.I. 18.)

2. On December 6, 2021, counsel for the defendant gave the government a psychosexual evaluation report he intends to discuss at the Sentencing Hearing.

3. In order to fully evaluate that report and its impact, if any, on the government's sentencing recommendation, the government has requested assistance from a medical professional associated with the Federal Bureau of Investigation's Behavioral Analysis Unit ("BAU").

4. To allow BAU adequate time to complete their analysis, the government requests a six-week continuance of the Sentencing Hearing. At that point, the government anticipates being in a better position to fully inform the Court regarding any psychosexual considerations bearing on sentencing.

5. The government has conferred with the defense, and the defense has no objection to this request.

                Respectfully submitted,

                David C. Weiss
                United States Attorney

        By: */s/ Carly A. Hudson*
                Carly A. Hudson
                Assistant United States Attorney

Date: December 8, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 1:21-53-LPS |
| ) | |
| JAMES CROSSAN, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Having considered the government's Unopposed Motion to Continue Sentencing Hearing, and for the reasons stated therein, **IT IS HEREBY ORDERED** that the Unopposed Motion is GRANTED. The Sentencing Hearing in the above-captioned case shall be continued to _____, 2022, at _____ a.m./p.m.


_____
Honorable Leonard P. Stark
United States District Court Judge

Dated: